[938 NE2d 987, 912 NYS2d 554]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TASHIEM BAYARD, Appellant.

Argued October 21, 2010; decided November 17, 2010

*Office of the Appellate Defender*, New York City (*Anastasia B. Heeger, Richard M. Greenberg* and *Rosemary Herbert* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Karen Schlossberg* and *Sheryl Feldman* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Prior to trial in this robbery prosecution, the People turned over a police omniform system complaint report that included descriptive information relating to the crime and the perpetrators but did not contain the name of the officer that compiled that information. Defendant contends that the People's failure to disclose the officer's identity amounts to a *Brady* violation warranting reversal of his conviction. We disagree. Assuming

that the omitted name had exculpatory or impeachment value, there is no reasonable possibility that, if the officer's identity had been discovered, the outcome of the proceedings would have been different (*see People v Vilardi*, 76 NY2d 67 [1990]). The trial court allowed the defense to make significant use of the unsigned report during cross-examination of the complainant and lead detective and, as an ameliorative measure, permitted the defense to challenge the complainant's identification by admitting a description provided by a nontestifying eyewitness.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

Order affirmed in a memorandum.